

U.S. Department of Justice

*United States Attorney*

*District of South Carolina*

| Wells Fargo Building | 151 Meeting Street | John L. McMillan Federal | 55 Beattie Place |
|---|---|---|---|
| Suite 500 | Suite 200 | Building, Room 222 | Suite 700 |
| 1441 Main Street | Post Office Box 978 | 401 W. Evans Street | Greenville, SC 29601 |
| Columbia, SC 29201 | Charleston, SC 29402 | Post Office Box 1567 | (864) 282-2100 |
| (803) 929-3000 | (843) 727-4381 | Florence, SC 29503 | FAX (864) 233-3158 |
| FAX (803) 254-2912 | FAX (843) 727-4443 | (843) 665-6688 | |
| | | FAX (843) 678-8809 | |

Reply to: Charleston

June 26, 2020

Orlando King
C/O Albert Peter Shahid III, Esq.
101 Meeting Street, 5th Floor
Charleston, SC 29401

    Re:  Civil Disorder (18 U.S.C. § 231(a)(3)), Carrying on a Riot (18 U.S.C. § 2101), Possession of a Firearm by a Convicted Felon (18 U.S.C. § 922(g))

Dear Mr. King:

This letter is to inform you that the Department of Justice is conducting an investigation in South Carolina into possible criminal violations of federal laws and related offenses regarding/involving Civil Disorder (18 U.S.C. § 231(a)(3)), Carrying on a Riot (18 U.S.C. § 2101), and Possession of a Firearm by a Convicted Felon (18 U.S.C. § 922(g)). Facts uncovered in the investigation suggest that you are a potential target and that you may have information which would be pertinent to the matters under inquiry. If this is true, we may want to request that you appear before a federal grand jury. Before bringing charges, we would like to meet with you and your attorney to discuss the evidence gathered to date and, if all parties deem it advisable, to arrange an interview.

In considering how to respond to this request, please take note of the following:

1.    You have the right to remain silent.

2.    You have the right to consult with a lawyer of your choice before responding to this request.

Page - 2 -

> Because of the evidence gathered to date and the serious nature of the potential charges, you may need to seek the advice of a lawyer who has substantial experience in dealing with federal criminal matters.

3. Nothing contained in this letter should be construed as an offer of immunity.

Please notify us of your response at your earliest convenience, either through your attorney or personally if you do not choose to seek advice of counsel. This may be done either by sending us a letter addressed to AUSA Matt Austin at the Charleston address listed above or by telephone at the following number: Matt Austin, (843)-727-4381.

Sincerely yours,

PETER M. MCCOY, JR.
UNITED STATES ATTORNEY

By: *s/Matt Austin*
    Marshall "Matt" Austin
    Assistant U. S. Attorney